IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| KELLI SIMMONS, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>JEREMY B.A. FEITELSON, NELSEN & FEITELSON LAW GROUP PLC, and BROOK RUN VILLAGE OWNER'S ASSOCIATION, INC. d/b/a BROOK RUN HOME OWNERS' ASSOCIATION,<br><br>Defendants. | Case No. 4:18-cv-206<br><br><br>**MOTION TO DISMISS** |

COMES NOW, Defendant, Brook Run Village Owners' Association, Inc., d/b/a Brook Run Home Owners' Association, by and through the undersigned counsel, and requests the Court dismiss the Complaint against this Defendant pursuant to Federal Rule of Civil Procedure 12(b)(6).  For the reasons set forth in the brief accompanying this motion, the Complaint fails to state a claim upon which relief may be granted against this Defendant.

**WHEREFORE**, Defendant Brook Run Village Owners' Association, Inc., d/b/a Brook Run Home Owners' Association respectfully requests the Court dismiss this matter pursuant to Federal Rule of Civil Procedure 12(b)(6), and for any other relief that is appropriate and just under the circumstances.

BRADSHAW, FOWLER, PROCTOR & FAIRGRAVE, P.C.

By: _/s/ Janice M. Thomas_____
      Janice M. Thomas   AT0007822
      Bradley M. Beaman   AT0000318
      801 Grand Avenue, Suite 3700
      Des Moines, IA  50309-8004
      Phone:  (515) 246-5828
      Fax:  (515) 246-5808
      E-Mail:  thomas.janice@bradshawlaw.com
      E-Mail:  beaman.bradley@bradshawlaw.com
      ATTORNEY FOR DEFENDANTS

Copy to:

Samuel Z. Marks
MARKS LAW FIRM, P.C.
4225 University Avenue
Des Moines, IA 50311
Telephone:  515-276-7211
Fax:  515-276-6280
E-mail:  sam@markslawdm.com
       office@markslawdm.com
and

Thomas J. Lyons, Jr., Esq.
367 Commerce Ct.
Vadnais Heights, MN 55127
Telephone:  651-770-9707
Fax:  651-704-0907
E-mail:  tommy@consumerjusticecenter.com
ATTORNEYS FOR PLAINTIFF

-3-

Eric G. Hoch
Kevin J. Driscoll
FINLEY LAW FIRM, P.C.
699 Walnut Street, Suite 1700
Des Moines, IA 50309
Telephone:  515-288-0145
Fax:  515-288-2724
E-mail:  ehoch@finleylaw.com
E-mail:  kdriscoll@finleylaw.com
ATTORNEYS FOR JEREMY B.A. FEITELSON AND
FEITELSON LAW GROUP, PLC

| CERTIFICATE OF SERVICE |
|---|
| The undersigned hereby certifies that a true copy of the foregoing instrument was served upon one of the attorneys of record for all parties to the above-entitled cause by serving the same on such attorney at his/her respective address/fax number as disclosed by the pleadings of record herein, on the 13th day of August, 2018, by: |
| ☐ U.S. Mail              ☒ CM/ECF<br>☐ FAX                    ☐ EMAIL<br>☐ Federal Express    ☐ EDMS |
| */s/ Lucy Anderson* |