# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| KELLI SIMMONS, on behalf of themselves and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>JEREMY B.A. FEITELSON, NELSEN & FEITELSON LAW GROUP PLC,<br><br>Defendants. | **CIVIL ACTION NO.**<br>**4:18-cv-206-JAJ-CFB** |

## PLAINTIFF'S UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT, CLASS NOTICE, CERTIFICATION OF SETTLEMENT CLASS, AND APPOINTMENT OF CLASS REPRESENTATIVE AND CLASS COUNSEL

PLEASE TAKE NOTICE that Plaintiff Kelli Simmons will move and hereby does move, for: (i) conditional certification of Plaintiff as class representative, (ii) conditional certification of Plaintiff's attorneys as class counsel, (iii) preliminary approval of Class Action Settlement Agreement pursuant to Rule 23 of the Federal Rules of Civil Procedure, (iv) approval of the manner and form of giving of the Class Notice; and (v) establishment of a time table for providing notice to the class, lodging objections to the terms of the settlement, and holding a hearing regarding final approval of the settlement.

This motion is made on the grounds that: (i) the settlement is in the best interests of the Settlement Class and the terms of the settlement are within the range of approval;

(ii) the proposed manner and form of giving notice of the settlement to Class Members, given the practical constraints of this litigation, would fairly apprise Class Members of the terms of the settlement; and (iii) the proposed timetable for publishing the class notice, lodging objections to the terms of the settlement, and holding a hearing regarding final approval of the settlement is appropriate.

This motion is based on this Notice of Motion and Unopposed Motion, the Memorandum of Points and Authorities, the supporting declarations and attachments thereto (including the Settlement Agreement), and the complete files and records in this action.

Dated this 30th day of April, 2019.

/s/ Samuel Z. Marks
Samuel Z. Marks, Esq.
Attorney I.D. # IS9998821
**MARKS LAW FIRM P.C.**
4225 University Avenue
Des Moines, Iowa 50311
(515) 276-7211
FAX (515)276-6280
EMAIL sam@markslawdm.com
office@markslawdm.com

Thomas J. Lyons, Jr., Esq.
*Admitted Pro Hac Vice*
MN Attorney I.D. #: 0249646
**CONSUMER JUSTICE CENTER, PA**
367 Commerce Ct.
Vadnais Heights, MN 55127
Telephone: (651)770-9707
Facsimile: (651)704-0907
tommy@consumerjusticecenter.com

**ATTORNEYS FOR PLAINTIFF**