## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| KELLI SIMMONS, on behalf of themselves and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>JEREMY B.A. FEITELSON, NELSEN & FEITELSON LAW GROUP PLC,<br><br>Defendants. | CIVIL ACTION NO.<br>4:18-cv-206-JAJ-CFB |

## ORDER RE JOINT MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT

This matter is before the Court on the Parties' Joint Motion for Preliminary Approval of a Class Action Settlement in the above-captioned action. The Court, having reviewed the Motion and the relevant portions of the record, ORDERS that the Motion is GRANTED, and further ORDERS as follows:

1. The Court certifies for settlement purposes the Proposed Settlement Class under Federal Rule of Civil Procedure 23(a) and 23(b)(3), as the Proposed Settlement Class satisfies the requirements for an opt-out class under Rule 23(b)(3).

2. Plaintiff Kelli Simmons is appointed as the Class Representative.

3. Thomas J. Lyons Jr., Esq. of the law firm Consumer Justice Center, P.A., 367 Commerce Ct., Vadnais Heights, MN 55127, and Samuel Z. Marks, Esq. of Marks

Law Firm, P.C., 4225 University Avenue, Des Moines, IA 50311 are appointed as Class Counsel for the Settlement Class.

4. The Court grants preliminary approval of the Settlement Agreement and finds that the Settlement Agreement falls within the range of possible approval. The Court preliminarily finds that:

   a. The proposed settlement was fairly and honestly negotiated and is the product of extensive arms' length, informed, non-collusive negotiations between experienced counsel;

   b. Serious questions of law and fact exist, including issues of standing and whether the actions allege constitute actionable violations of either the FDCPA or IDCPA, placing the ultimate outcome of the litigation in doubt;

   c. The value of the immediate recovery, which includes a cash award of $100 per class member, totaling $7,300 of monetary relief outweighs the mere possibility of future relief after protracted and expensive litigation; and

   d. The parties and their experienced counsel have judged the settlement to be fair, reasonable and adequate.

2. The proposed class notice, attached as Exhibit B to the Settlement Agreement and Release is approved, and the Parties' proposed plan for disseminating notice of the Settlement Agreement pursuant to Fed. R. Civ. P. 23(e)(1) is approved.

3. Defendants have provided the Notices and Materials to the Appropriate State and Federal Officials required by the Class Action Fairness Act, 28 U.S.C. 1715(d) and shall submit a declaration stating as such by May 10, 2019 identifying the officials to whom the materials were sent, and the date on which the materials sent. For the purpose of providing such Notices and Materials, the Appropriate State and Federal Officials under CAFA, 28 U.S.C. §1715(a) and (b), are the Attorney General of the United States and the Attorney General of the state of Iowa.

4. Within ten (10) days of the date of this Order, Defendants shall provide the Settlement Administrator and Class Counsel with the names and last known addresses for the members of the Settlement Classes. The Settlement Administrator will thereafter mail the Class Notice to the members of the Settlement Classes.

5. The Settlement Administrator shall submit a declaration to the Court confirming its compliance with the Notice procedures of this Order and the Settlement Agreement by ___May 31___, 2019.

6. Class Counsel shall file any motion for an award of attorneys' fees and reimbursement of expenses or costs by ___July 15___, 2019.

7. Plaintiff shall file her motion for final approval of the Settlement Agreement by ___July 15___, 2019.

8. The Court shall hold a fairness hearing at _9:30 a.m._ on _August 12_, 2019, at the United States District Court for the Southern District of

Iowa, U.S. District Courthouse, 123 East Walnut Street, Des Moines, Iowa 50309 in Courtroom 265 - 2nd floor.

**DATED** this 9th day of May, 2019.

_____
John A. Jarvey, Chief Judge
United States District Court
Southern District of Iowa